UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR.<br>Plaintiff | ) ) ) | CASE NUMBER 05-40115 FDS |
| VS | ) ) ) | |
| JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>Defendants | ) ) ) ) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendants, James M. Kreidler, Jr. and The Town of Winchendon, with reference to the above-captioned matter.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: October 26, 2005