UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. HARRINGTON, JR.<br>Plaintiff<br><br>VS<br><br>JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>Defendants | CASE NUMBER 05-40115 FDS |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The defendants hereby ask that this Court extend the time within which the defendants must file a responsive pleading to and including November 23, 2005.

As reasons for this motion, counsel for the defendants state the following:

1. The complaint was served upon the defendant, James Kreidler, Jr., on October 7, 2005;

2. The undersigned counsel was retained to represent the defendants on October 13, 2005;

3. Counsel for the defendants was conducting a jury Trial in the United States District Court, Eastern Division, Porto v Tewksbury, Civil Action No. 04 - 10003 PBS on October 13, 2005, which Trial did not conclude until Friday, Octboer 21, 2005;

4  Counsel for the defendants will meet with his clients on October 27, 2005, and will require the additional time to obtain and digest the information necessary for the preparation of a responsive pleading.

5. The defendants have not requested any previous enlargement of time in this matter.

1

WHEREFORE, The defendants hereby ask that this Court extend the time within which defendants must file a responsive pleading to and including November 23, 2005.

Respectfully submitted,

DEFENDANTS,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: October 26, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I have conferred and corresponded with counsel for the plaintiff and have attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042