%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert N. Harrington

V.

James M. Kreidler, Jr. and
The Town of Winchendon

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40115 FDS**

TO: (Name and address of Defendant)

James M. Kreidler, Jr.
109 Front Street
Winchendon, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Richard LeClair, III, LeClair & LeClair, P.C. 135 Beaver Street, 2nd Floor, Waltham, MA 02452

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    7-12-05

CLERK                                DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 7, 2005 @ 6:10 PM |
| NAME OF SERVER *(PRINT)* Joseph A. Bryson | TITLE Constable / Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   7 Cushing Street
Ashburnham, MA 01430

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL 73 Miles | SERVICES $70.00 | TOTAL $70.00 |
|---|---|---|

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 7, 2005        *Signature of Server*
              Date                    Joseph A. Bryson
                                      751 Main Street
                                      Waltham, MA 02451
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.