AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Robert N. Harrington, Jr.

V.

James M. Kriedler, Jr. and
the Town of Winchendon

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05-40115 FDS**

TO: (Name and address of Defendant)

Town of Winchendon
109 Front Street
Winchendon, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Richard LeClair, III, 135 Beaver Street, 2nd Floor, Waltham, MA 02453

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_(signature) Sherry Jones_
(By) DEPUTY CLERK

DATE: 7-12-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | October 7, 2005 @ 6:10 PM |
| NAME OF SERVER (PRINT) Joseph A. Bryson | TITLE Constable / Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: James M. Kriedler, Jr.
Town Manager
7 Cushing Street
Ashburnham, MA 01430

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 7 Miles | SERVICES $10.00 | TOTAL $10.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 7, 2005
                    Date

*Signature of Server*
Joseph A. Bryson
751 Main Street
Waltham, MA 02451

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.