UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. HARRINGTON, JR.<br>　　　　Plaintiff<br><br>VS<br><br>JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>　　　　Defendants | CASE NUMBER 05-40115 FDS |

**CERTIFICATION PURSUANT TO RULE 16.1**

　　　We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course--and various alternative courses-- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Defendants,
James M Kreidler, Jr. and
Town of Winchendon,

_____
James M. Kreidler, Jr.
Town Manager
Town of Winchendon

Dated: 1/4/06

Defendants,
By their attorneys,

　/s/ Leonard H. Kesten
Leonard H. Kesten. BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

1