UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| ROBERT N. HARRINGTON,<br>　　Plaintiff,<br><br>v.<br><br>JAMES M. KREIDLER, JR. AND THE<br>TOWN OF WINCHENDON,<br>　　Defendants. | CIVIL ACTION NO. 05-40115FDS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The undersigned counsel and the Plaintiff hereby affirmed to the Court that we have conferred in conformity with Local Rule 16.1 (D)(3).

1. We have conferred with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and,

2. We have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
Robert N. Harrington,
By his Attorney,

/s/ L. Richard LeClair, III　　　　　　　　　　/s/ Robert Harrington

L. Richard LeClair, III  (BBO# 561650)　　　Robert Harrington
LeClair & LeClair, P.C.
135 Beaver Street, 2nd Floor
Waltham, Massachusetts 02452
(781) 893-5655