UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. HARRINGTON, JR.<br>Plaintiff<br><br>VS.<br><br>JAMES M. KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>Defendants | CASE NUMBER 05-40115 FDS |

**DEFENDANTS'**
**MOTION TO AMEND SCHEDULING ORDER (ASSENTED TO)**

The defendants, James M. Kreidler, Jr. and the Town of Winchendon, by their attorneys, respectfully request this Honorable Court to amend the present scheduling order to allow an additional 3 months to complete discovery and extend all other dates accordingly. As ground therefore, the defendants state as follows:

1. This action arises out of the plaintiff's employment with the Town of Winchendon.

2. In addition to the present action, the plaintiff has an appeal pending before the Civil Service Commission. One day of hearing has been completed. Subsequent days for hearing have been scheduled in late August, but the parties do not expect that testimony will conclude until the end of October.

3. The parties have propounded written discovery, but because of the ongoing preparation for the Civil Service Commission hearing and scheduling conflicts, the parties need additional time to respond to written discovery and conduct depositions.

WHEREFORE, the defendants, James Kreidler and the Town of Winchendon, respectfully request that this Honorable Court amend the present scheduling order as follows:

1. All fact discovery, including written discovery, request for admissions and depositions, to be completed by December 9, 2006;

2. Plaintiff and defendants' trial experts and any information contemplated by Fed.R. C. Pr. 26 (a)(2) disclosed by December 9, 2006;

3. Trial experts deposed by January 9, 2007.

4. Dispositive motions, including motions for summary judgment, partial motions for summary judgment and motions for judgments on the pleadings, filed by February 9, 2007.

5. A Pre-Trial Conference to be held on the last week of January 2007.

Respectfully submitted,

The defendants,
By their attorney,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO#542042
Brody, Hardoon, Perkins & Kesten, LLP
Boston, MA 02116
617-880-7100

Assented to:

/s/ L. Richard LeClair, III
L. Richard LeClair, III, BBO#561650
LeClair & LeClair, P.C.
135 Beaver Street, 2nd Floor
Waltham, MA 02452
781-893-5655

Date:   August 25, 2006