UNITED STATES DISTRCIT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR.<br>Plaintiff | ) <br>) <br>) | CASE NUMBER 05-40115 FDS |
| VS | ) <br>) | |
| JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>Defendants | ) <br>) <br>) <br>) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendants, James M. Kreidler, Jr. and The Town of Winchendon, with reference to the above-captioned matter.

                          Respectfully submitted,

                          /s/ Pamela F. Fitzgerald
                        Leonard H. Kesten. BBO No. 542042
                        BRODY, HARDOON, PERKINS & KESTEN, LLP
                        One Exeter Plaza
                        Boston, MA 02116
                        617-880-7100

Dated: February 16, 2007