UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR.<br>　　　　Plaintiff | )<br>)<br>) | CASE NUMBER 05-40115 FDS |
| VS | )<br>) | |
| JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>　　　　Defendants | )<br>)<br>) | |

## NOTICE OF APPEARANCE

　　Please enter my appearance as attorney for the defendants, James M. Kreidler, Jr. and The Town of Winchendon, with reference to the above-captioned matter.


　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Thomas P. Campbell
　　　　　　　　　　　　　　　　　Thomas P. Campbell, BBO #564124
　　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　617-880-7100

Dated:  May 16, 2007