UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-cv-40115- FDS

| | |
|---|---|
| ROBERT N. HARRINGTON, JR., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| JAMES M KREIDLER, JR. and <br> THE TOWN OF WINCHENDON, <br> Defendants. | ) <br> ) <br> ) |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the Defendants, Thomas P. Campbell, hereby notifies the Court and all counsel that his address and telephone number have changed as set forth below.

Respectfully submitted,

The Defendants,

By their attorney,

_____
Thomas P. Campbell, BBO No. 564124
Campbell & Murphy LLP
One Gateway Center, Suite 306
Newton, MA 02458
(617) 527-3900
Fax: (617) 527-3911

Dated March 25, 2008