UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR.,<br>　　　　Plaintiff,<br><br>v.<br><br>JAMES M. KREIDLER, JR. and<br>THE TOWN OF WINCHENDON,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 05-40115 FDS |

## MOTION FOR LEAVE TO WITHDRAW

Counsel for the Defendants, Thomas P. Campbell, hereby moves for leave to withdraw pursuant to Local Rule 83.5.2(c). The following reasons are set forth in support of this motion:

1.) At all times, the defendants have also been represented by Attorney Leonard Kesten of Brody, Hardoon, Perkins & Kesten. Mr. Kesten has always supervised the defense of the case and in fact, assigned it to Mr. Campbell in the first place. Undersigned counsel is no longer employed Mr. Kesten's law firm, but Mr. Kesten will continue his representation of all defendants in conjunction with Samuel Perkins of the same firm;
2.) The clients have been notified of the planned change in representation; and
3.) Although the case has been set for trial for June 9, 2008, no prejudice or delay will result if this motion is allowed.

                    Respectfully submitted,

                    The Defendants,

                    By their attorney,

                    /s/ Thomas P. Campbell
                    Thomas P. Campbell, BBO No. 564124
                    Campbell & Murphy LLP
                    One Gateway Center, Suite 306
                    Newton, MA 02458
                    (617) 527-3900
                    Fax: (617) 527-3911

Dated April 9, 2008