UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR.<br>    Plaintiff | ) <br> ) <br> ) | CASE NUMBER 05-40115 FDS |
| VS | ) <br> ) | |
| JAMES M KREIDLER, JR. AND<br>THE TOWN OF WINCHENDON<br>    Defendants | ) <br> ) <br> ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, James M. Kreidler, Jr. and The Town of Winchendon, with reference to the above-captioned matter.

Respectfully submitted,

/s/ Kristin Tyler Harris
Kristin Tyler Harris, BBO #654883
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
617-880-7100

Dated: May 20, 2008