UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR. | ) | CASE NUMBER 05-40115 FDS |
| Plaintiff | ) | |
| | ) | |
| VS | ) | |
| | ) | |
| JAMES M KREIDLER, JR. AND | ) | |
| THE TOWN OF WINCHENDON | ) | |
| Defendants | ) | |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please withdraw my appearance as attorney for the defendants with reference to the above-captioned matter.

    Respectfully submitted,

/s/ Pamela Fitzgerald
Pamela Fitzgerald, BBO No. 563130
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: May 20, 2008