UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT N. HARRINGTON, JR. | ) | CASE NUMBER 05-40115 FDS |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JAMES M KREIDLER, JR. AND | ) | |
| THE TOWN OF WINCHENDON, | ) | |
| Defendants. | ) | |

### JOINT SUPPLEMENTAL PRE-TRIAL MEMORANDUM

Now come the Parties to this action and hereby submit this Supplemental Joint Pre-Trial Memorandum:

**10.   WITNESS LISTS.**

**The Parties hereby submit the following witness lists. The Parties believe that the following witnesses are the witnesses that are likely to be called to testify.**

a.   **Plaintiff's Witness List.**

1.   Burton Gould., Jr.
     126 West St
     Winchendon, MA 01475-1141

2.   Germaine Brooks
     157 School St
     Winchendon, MA 01475-1135

3.   Richard A. McAllister
     150 Murdock Ave
     Winchendon, MA 01475-1125

4.   James M. Kreidler, Jr.
     Town Manager
     Town of Winchendon
     109 Front Street
     Winchendon, MA

5.  Cynthia A. Boucher
    135 Gardner Road
    Winchendon, MA

6.  Colonel Gordon Bennett (Ret.),
    Army National Guard,
    50 Maple Street
    Milford, MA

7.  Major Jeffrey Loughlin
    Army National Guard
    1211 Pleasent Sreet
    Brockton MA 02301

8.  Colonel Greg Smith
    10 Holden Street
    Ashburnham, MA 01430

9.  Liz Gilman
    Town Accountant
    Town of Winchendon
    109 Front Street
    Winchendon, MA

10. Lorenzo J. Sordoni
    26 Lakeview Drive
    Winchendon, MA

11. Keeper of Records from Boundaries Therapy

12. Robert N. Harrington, Jr.

In addition to any witnesses listed by the Plaintiff above, the Plaintiff reserves the right to call the witness listed on the initial pre-trial memorandum in rebuttal of the Defendant's case.

**b.    Defendant's Witness List.**

1.  Robert N. Harrington Jr.
    200 Hall Road
    Winchendon, Massachusetts

2

2. James M. Kreidler, Jr.,
   109 Front Street,
   Winchendon, Massachusetts

3. Keith R. Barrows,
   109 Front Street
   Winchendon, Massachusetts

4. Rick McAllister
   109 Front Street
   Winchendon, Massachusetts

5. James P. Spofford
   15 Pleasant Street
   Winchendon, Massachusetts

6. William P. Geoffroy
   15 Pleasant Street
   Winchendon, Massachusetts

7. William P. Geoffroy
   15 Pleasant Street
   Winchendon, Massachusetts

8. Melissa (LeRay) Martin

9. Teresa Flint
   15 Pleasant Street
   Winchendon, Massachusetts

10. Erika Lafrennie
    15 Pleasant Street
    Winchendon, Massachusetts

11. Corey Bohan
    24 Sibley Road
    Winchendon, Massachusetts

12. Allen Lafrennie
    15 Baldwinville State Rd.
    Winchendon, Massachusetts

13. Alida Herring
    109 Front Street
    Winchendon, Massachusetts

14. David Connors
    109 Front Street
    Winchendon, Massachusetts

15. Paul Desmond
    19 Staniford Street
    Boston, Massachusetts

16. George KinCannon
    19 Staniford Street
    Boston, Massachusetts

17. George Barnes

18. Doneen Durling
    91 Central Street
    Winchendon, Massachusetts

19. Molly Crane
    309 Central Street
    Gardner, Massachusetts

20. Shawn Illinitch
    309 Central Street
    Gardner, Massachusetts

21. Barbara Lafrennie
    109 Front Street
    Winchendon, Massachusetts

In addition to any witnesses listed by the Plaintiff and Defendants above, the Defendants reserve the right to call the witnesses listed on the initial pre-trial memorandum in rebuttal of the Plaintiff's case.

**11.    EXHIBIT LISTS.**

Pursuant to the pre-trial order the parties have attempt to prepare a comprehensive exhibit lists setting forth agreed and contested exhibits. There were in excess of 5,000

4

pages of documents exchanged during the discovery process in this case. The following list of Exhibits constitutes a list of exhibits each party anticipates using at trial. Each party reserves the right to supplement it exhibit list as the need arises during trial during cross-examination or in rebuttal.

**Plaintiff's Exhibit List:**

1.   4/19/01   Orders for National Guard Duty

2.   10/25/01   Letter from Harrington to Kreidler enclosing orders for National Guard.

3.   1/7/02   Letter from Harrington to Kreidler notifying Kreidler of Reserve duty for Olympics.

4.   1/7/02   Letter from Kreidler to Harrington re Reprimand on Spofford case.

5.   1/14/02   Notify Kreidler of cancellation of vacation – using vacation time while away.

6.   1/16/02   Letter from Harrington to Kreidler enclosing order.

7.   1/17/02   Letter from Harrington to Kreidler regarding military duty.

8.   1/17/02   Letter from Harrington to Kreidler regarding Deployment-related activites on January 22, 2002

9.   1/17/02   Letter from Harrington to Kreidler regarding deployment duties on January 17, 2002

10.   1/22/02   Letter from Harrington to Kreidler enclosing orders for 1/18/02

11.   1/23/02   Letter from Harrington to Kreidler regarding use of vacation time while in Guards

12.   1/23/02   Kreidler letter to Harrington – written reprimand for vacation "sell back"

13.   1/23/02   Kreidler letter to Harrington – written letter of reprimand on 1/23/02 letter on vacation time.

14.   1/24/02   Letter from Harrington to Kreidler re Sgt. Rougier

5

      **Objection:** Relevance

| | | |
|---|---|---|
| 15. | 1/24/02 | Letter from Kreidler to Harrington re 1-day suspension |
| 16. | | Harrington timesheets while on Military leave |

      **Objection:** Relevance

| | | |
|---|---|---|
| 17. | | Letter from Harrington to Kreidler regarding return date |
| 18. | 2/27/02 | Record of phone message left by Harrington |
| 19. | 2/27/02 | Memo from Kreidler to Gilman regarding docking of pay |
| 20. | 3/4/02 | Memo from Harrington to Kreidler regarding nature of deployment |
| 21. | 3/4/02 | Memo from Kreidler to Harrington |

      **Objection:** Authenticity

| | | |
|---|---|---|
| 22 | 3/5/02 | Memo from Harrington to Kreidler regarding notification |
| 23 | 3/5/02 | Memo from Harrington to Kreidler regarding notification (Revised letter) |
| 24. | 3/5/02 | Memo from Harrington to Kreidler |
| 25. | 3/6/02 | Harrington's USERRA Application |

      **Objection:** Hearsay

| | | |
|---|---|---|
| 26. | 3/11/02 | Letter of suspension five days |
| 27. | 3/11/02 | Revised letter of suspension |
| 28. | 3/26/02 | Letter from DOL to Kreidler |
| 29. | 4/3/02 | Kreidler to Harrington |

      **Objection:** Relevance

| | | |
|---|---|---|
| 30. | 4/8/02 | DOL to Kreidler |
| 31. | 4/26/02 | Kreidler to Harrington |

32. 4/30/02 Letter from Kreidler to Harrington regarding "Direct Orders"

33. 4/30/02 Letter from Kreidler to Harrington regarding benefit from Chief's meeting

   **Objection:** Relevance

34. 5/7/02 Letter from Harrington to Kreidler regarding comp time

   **Objection:** Relevance

35. 6/4/02 Letter from Kreidler to Harrington regarding Chief's meetings

   **Objection:** Relevance

36. 6/6/02 Letter from Kreidler to Harrington re non-renewal of contract

37. 6/10/02 Harrington to Kreidler regarding Guard Duty 6/15/02 to 6/29/02

38. 12/19/02 Kreidler to Harrington; Termination Notice

39. Robert Harrington's Performance Evaluations from the National Guard

   **Objection:** Relevance

40. Robert Harrington's Employment Contract with Chief

41. Position Description Chief of Police

42. January 30, 2002-Robert Harrington's Orders

43. Current Employment Contract for Winchendon Chief of Police

44. Payroll Records for Current Chief of Police.

45. Records from Boundaries Therapy Center

**Defendant's Exhibit List:**

   1. Disciplinary action dated March 11, 1998 regarding sleeping in cruiser;

   **OBJECTION: Hearsay and relevance.**

   2. Discharge letter dated May 27, 2003;

> OBJECTION: Hearsay; The Plaintiff further objects to so much of letter as indicates so called findings of a hearing officer.

3. Administrative leave letter dated July 19, 2002;

**OBJECTION: Hearsay.**

4. Worcester Telegram article dated July 23, 2002;

**OBJECTION: Hearsay.**

5. Notice of termination and hearing dated December 19, 2002;

6. Letter from Corey Bohan dated May 1, 2002 regarding allegations against Harrington;

OBJECTION: Hearsay.

7. Letter from James Kriedler dated June 4, 2002 regarding request for response to Bohan's allegations;

OBJECTION: Hearsay.

8. Letter from Robert Harrington dated July 11, 2002 in response to Bohan's allegations;

9. Dispatcher's Union Labor Charge and attached exhibits;

OBJECTION: Hearsay and relevance.

10. Harrington's performance evaluation dated February 21, 2002;

OBJECTION: Hearsay.

11. Disturbance call dated May 28, 2002;

Don't have.

12. Police report dated May 28, 2002;

13. License revocation notice for Corey Bohan;

14. Kriedler's response to allegations of threats to Harrington dated June 11, 2002;

**OBJECTION: Hearsay.**

15. Karen Ludington's investigation report dated December 13, 2002;

**OBJECTION: Hearsay; The Plaintiff further objects to so much of letter as indicates so called findings of a hearing officer and touches on ultimate issue to be determine by the jury.**

16. Memo from Harrington dated May 17, 2002 regarding complaint by Harold Mason for cruiser for Memorial Day Parade;

17. Richard McAllister's investigation regarding Memorial Day Parade and Harrington's allegations;

**OBJECTION: Hearsay.**

18. Letter from Kriedler dated June 4, 2002 requesting response from Harrington regarding McAllister's investigation;

**OBJECTION: Hearsay.**

19. Harrington's response dated June 10, 2002;

20. Affidavit of Harold Mason;

**OBJECTION: Hearsay.**

21. Dispatcher's vote of no confidence;

**OBJECTION: Hearsay.**

22. Letter of 5 day suspension dated May 11, 2002;

**OBJECTION: Hearsay.**

23. Revised letter of 5 day suspension dated May 11, 2002;

**OBJECTION: Hearsay.**

24. Letter from Department of Labor dated March 26, 2002 regarding suspension;

**OBJECTION: Hearsay, relevance and touches on ultimate issue to be decided by the jury.**

25. Final letter of 4 day suspension dated July 23, 2002;

**OBJECTION: Hearsay; The Plaintiff further objects to so much of letter as indicates so called findings of a hearing officer and touches on ultimate issue to be determine by the jury.**

26. Letter of 1 day suspension dated January 24, 2002;

27. Quinn Bill payments for FY 2002;

28. Letter of discipline dated May 29, 2001 regarding 5 day suspension related to police shooting;

**OBJECTION: Hearsay.**

29. Harrington's request for hearing on discipline dated June 4, 2001;

**OBJECTION: Relevance.**

30. Kriedler's response to request for hearing dated June 4, 2001;

**OBJECTION: Hearsay.**

31. Revised letter of discipline dated June 4, 2001;

**OBJECTION: Hearsay.**

32. Harrington's withdrawal of appeal of suspension dated June 11, 2001;

33. Press release regarding discipline;

34. Press release dated January 6, 2001 regarding shooting;

35. Revised press release regarding retraction of January 6, 2001 release;

36. Letter from Harrington dated February 5, 2003 regarding objection to discipline related to shooting;

37. Written warning dated October 4, 2001.

Respectfully Submitted,

| The plaintiff, | The defendants, |
| By his attorney, | By their attorneys, |

/s/ L. Richard LeClair, III
L. Richard LeClair, III, BBO#561650
LeClair & LeClair, P.C.
707 Main Street
Waltham, MA 02451
781-893-5655

/s/ Kristin Tyler Harris
Samuel Perkins, BBO#542396
Kristin Tyler Harris, BBO# 654883
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Date: May 28, 2008