CASE NO: (CIVIL) (CRIMINAL)  05-40115

TITLE: Harrington vs Kreidler et al

J U R Y   P A N E L

(1. Edward Griswold          (5. Tracy Fosterro
(2. Ronny Fuhrmann (Foreperson)  (6. John Kavorkian
(3. Denise Stewart           (7. Maryellen Dolan
(4. Robert Boucher (Excused) 6/9/08  (8. Anna Hibbard
(.                           (.
(.                           (.

_____ Alternate # 1 _____     _____ Alternate # 2 _____

_____ Alternate # 3 _____     _____ Alternate # 4 _____

(PLTFF) (GOV'T)    W I T N E S S E S    DEFENDANT

1. Richard McAllister 6/10/08     1.
2. Burton Gould 6/10/08           2.
3. Keith Barrows 6/10/08          3.
4. Cynthia Boucher 6/10/08        4.
5. Lorenzo Sordoni 6/10/08        5.
6. Jeffrey Loughlin 6/10/08       6.
7. John Caplis 6/10/08            7.
8. Robert Harrington 6/10/08, 6/11/08, 6/12/08   8.
9. James Kreidler 6/12/08, 6/13/08, 6/16/08, 6/17/08   9.
10.                               10.
11.                               11.
12.                               12.
13.                               13.
14.                               14.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Harrington vs. Kreidler  CASE NO. 05-40115

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 71 | | 6/10/08 | ✓ | ✓ | Richard McAllister's Investigation |
| 37 | | " | ✓ | ~~✓~~ | NCO Evaluation – Robert Harrington |
| 21 | | " | ✓ | ✓ | Military orders dated 1/30/02 |
| 1 | | " | ✓ | ✓ | Employment Contract of Harrington |
| 2 | | " | ✓ | ✓ | Disciplinary Action from Kreidler to Harrington |
| 3 | | " | ✓ | ✓ | 1/6/01 Winchendon Police News Release |
| 4 | | " | ✓ | ✓ | Memo dated 10/25/01 from Harrington to Kreidler |
| 5 | | " | ✓ | ✓ | Letter dated 1/7/02 from Harrington to Kreidler |
| 6 | | " | ✓ | ✓ | Letter of reprimand from Kreidler to Harrington 1/30/02 |
| 7 | | 6/11/08 | ✓ | ✓ | Memo dated 1/14/02 from Harrington to Kreidler |
| 8 | | " | ✓ | ✓ | "     "   1/16/02  "   "   "   " |
| 9 | | " | ✓ | ✓ | "     "   1/17/02  "   "   "   " |
| 10 | | " | ✓ | ✓ | "     "   1/17/02  "   "   "   " |
| 11 | | " | ✓ | ✓ | "     "   1/18/02  "   "   "   " |
| 12 | | " | ✓ | ✓ | "     "   1/23/02  "   "   "   " |
| 13 | | " | ✓ | ✓ | Letter of verbal warning from Kreidler to Harrington 1/22/02 |
| 14 | | " | ✓ | ✓ | Letter of Suspension from Kreidler to Harrington 1/24/02 |
| 15 | | " | ✓ | ✓ | Letter dated 1/23/02 from Kreidler to Harrington |
| 16 | | " | ✓ | ✓ | "     "   1/23/02  "   "   "   " |
| 17 | | " | ✓ | ✓ | 3/4/02 Memo from Kreidler to Harrington |
| 18 | | " | ✓ | ✓ | Memo from Harrington to Kreidler re: military duty |
| 19 | | " | ✓ | ✓ | Letter of suspension dated 3/11/02 |
| 20 | | " | ✓ | ✓ | Revised Suspension letter dated 3/11/02 |
| 23 | | " | ✓ | ✓ | Letter dated 4/3/02 from Kreidler to Harrington |
| 22 | | " | ✓ | ✓ | Memo dated 4/4/02 from Harrington to Kreidler |
| 24 | | " | ✓ | ✓ | Letter dated 4/30/02 from Kreidler to Harrington |
| 26 | | | | | "     "   4/30/02  "   Harrington to Kreidler |

Page __1__ of ____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Harrington vs. Kreidler    CASE NO. 05-40115

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 6/11/08 | ✓ | ✓ | Letter dated 4/30/02 from Kreidler to Harrington |
| 27 | | " | ✓ | ✓ | Memo dated 5/7/02 from Kreidler to Harrington |
| 28 | | " | ✓ | ✓ | Memo from Harrington to Kreidler 5/8/02 |
| 29 | | " | ✓ | ✓ | Press Release dated 5/12/02 |
| 30 | | " | ✓ | ✓ | Letter dated 5/13/02 from Kreidler to Harrington |
| 31 | | " | ✓ | ✓ | Memo dated 5/16/02 from Harrington to Kreidler |
| 32 | | " | ✓ | ✓ | Letter dated 6/4/02 from Kreidler to Harrington |
| 33 | | " | ✓ | ✓ | "    "    6/5/02  "    "    "    " |
| 34 | | " | ✓ | ✓ | "    "    6/6/02  "    "    "    " |
| 35 | | " | ✓ | ✓ | "    "    7/11/02  "  Harrington to Kreidler |
| 36 | | " | ✓ | ✓ | Letter dated 5/27/03  "  Kreidler to Harrington |
| 87 | | 6/12/08 | ✓ | ✓ | Press release regarding discipline |
| 83 | | " | ✓ | ✓ | Harrington's request for hearing on discipline 6/4/01 |
| 92 | | " | ✓ | ✓ | Letter of Atty Akeson to Kreidler dated 6/5/01 |
| 38 | | " | ✓ | ✓ | Inquest in the matter of Richard Moore |
| 86 | | " | ✓ | ✓ | Harrington's Appeal Withdrawal dated 6/14/01 |
| 89 | | " | ✓ | ✓ | Revised Press Release retracting |
| 91 | | " | ✓ | ✓ | Written Warning dated 10/4/01 |
| 93 | | " | ✓ | ✓ | Memo from Kreidler to All Depts. Budget Freeze |
| 94 | | " | ✓ | ✓ | Letter from Kreidler to Harrington, Overtime Budget |
| 81 | | " | ✓ | ✓ | Quinn Bill Payments for FY 2002 |
| 95 | | " | ✓ | ✓ | Leave Request for Comp time - Harrington |
| 75 | | " | ✓ | ✓ | Dispatcher's letter of no confidence |
| 97 | | 6/13/08 | ✓ | ✓ | Memo from Kreidler to Harrington, re Teaching |
| 98 | | " | ✓ | ✓ | Budget Memo from Kreidler |
| 96 | | " | ✓ | ✓ | Complaint of I. Offerrall |
| 70 | | " | ✓ | ✓ | Memo of Harrington dated 5/7/02 re Mason |

Page 2 of ___ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

Harrington vs. Kreidler     CASE NO. 05-40115

| PLF. NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 72 | | 6/13/08 | ✓ | ✓ | Letter from Kreidler dated 6/4/02 to Harrington |
| 73 | | " | ✓ | ✓ | Harrington's response dated 6/10/02 |
| 68 | | " | ✓ | ✓ | Kriedler's response to Allegations of threats 6/11/02 |
| 69 | | " | ✓ | ✓ | Karen Ludington's investigation Report 12/13/02 |
| 59 | | " | ✓ | ✓ | Notice of termination & hearing dated 12/19/02 |
| 39 | | " | ✓ | ✓ | Request form for transfer from Reserve Fund |
| 40 | | " | ✓ | ✓ | Harrington letter to Kreidler re. overtime costs 9/5/01 |
| 41 | | " | ✓ | ✓ | Letter to Kreidler from Harrington dated 11/13/01 |
| 42 | | " | ✓ | ✓ | Letter to Harrington from Kreidler |
| 43 | | " | ✓ | ✓ | " " Kreidler from Harrington dated 11/19/01 |
| 44 | | " | ✓ | ✓ | " " Harrington from Kreidler dated 11/21/01 |
| 45 | | " | ✓ | ✓ | " " Kreidler " Harrington dated 11/30/01 |
| 46 | | " | ✓ | ✓ | " " Harrington " Kreidler dated 12/3/01 |
| 47 | | " | ✓ | ✓ | " " Kreidler " Harrington dated 12/6/01 |
| 48 | | " | ✓ | ✓ | " " Harrington " Kreidler dated 12/14/01 |
| 49 | | " | ✓ | ✓ | " " Kreidler " Harrington dated 1/7/02 |
| 50 | | " | ✓ | ✓ | Police Media Relations Policy |
| 100 | | 6/16/08 | ✓ | ✓ | Use of Force Policy & Procedure |
| 101 | | " | ✓ | ✓ | Weekly time sheet week ending 1/5/02 |
| 102 | | " | ✓ | ✓ | Pay Stubs of Harrington |
| 103 | | " | ✓ | ✓ | Letter from Harrington to Kreidler dated 5/7/02 — Comp Time |
| 104 | | " | ✓ | ✓ | " " Kreidler to Harrington |
| 105 | | " | ✓ | ✓ | " " Harrington to Kreidler dated 5/15/02 |
| 106 | | " | ✓ | ✓ | " " Kreidler to Harrington " 6/4/02 |
| 107 | | " | ✓ | ✓ | " " " " " " 5/10/02 |
| 108 | | " | ✓ | ✓ | " " Harrington to Kreidler " 7/11/02 |
| 110 | | " | ✓ | ✓ | Letter to Kreidler from Dept of Labor |

Page 3 of ___ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Harrington vs. Kreidler    CASE NO. 05-40115 |
| 111 | | 6/16/08 | ✓ | ✓ | Notes of Contract from Dept. of Labor |
| 112 | | " | ✓ | ✓ | Memo from Harrington to Kreidler |
| 113 | | " | ✓ | ID | Booking Procedures and the Holding Facility Policy |
| 114 | | " | ✓ | ✓ | Memo letter to Lafrennie from Harrington |
| 115 | | " | ✓ | ✓ | Memo to Lafrennie from Harrington 7/2/02 |
| 117 | | " | ✓ | ✓ | Press Release from Worcester DA dated 7/18/02 |
| 118 | | " | ✓ | ✓ | Police Report re: Bohan |
| 119 | | " | ✓ | ✓ | Letter to Bohan from Harrington dated 1/11/02 |
| 120 | | " | ✓ | ✓ | Memo to Kreidler from Harrington w/copy of letter |
| 121 | | " | ✓ | ✓ | Memo to " " " w/copy of memo |
| 122 | | " | ✓ | ✓ | " " " " " re: C Bohan |
| 123 | | " | ✓ | ID | " " " " " w/copy of memo |
| 124 | | " | ✓ | | Memo to " " " w/copy of letter |
| 125 | | " | ✓ | ✓ | Letter from Fire Chief re: C. Bohan |
| 127 | | " | ✓ | ✓ | Memo to Kreidler from Harrington w/copy of payroll |
| 128 | | " | ✓ | ✓ | " " " " " Re Firearm License |
| 130 | | " | ✓ | ✓ | " " Harrington " Kreidler dated 1/3/02 |
| 131 | | " | ✓ | ✓ | " from " to " " 1/24/02 |
| 132 | | " | ✓ | ✓ | " " " " " 4/29/02 |
| 134 | | " | ✓ | ✓ | " " " " " 5/7/02 |
| 135 | | " | ✓ | ✓ | " " Kreidler to Harrington " 5/10/02 |
| 136 | | " | ✓ | ✓ | " from Harrington to Kreidler " 7/11/02 |
| 139 | | " | ✓ | ✓ | Letter from Kreidler to Harrington " 1/7/02 |
| 78 | | " | ✓ | ✓ | Letter from Dept. of Labor dated 3/21/02 |
| 140 | | 6/17/08 | ✓ | ✓ | Police Incident Report re: Moore |
| 141 | | " | ✓ | ✓ | Weekly time Sheets Harrington |
| 142 | | " | ✓ | ✓ | " " " " |

Page 4 of ___ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

Harrington vs. Kreidler     CASE NO. 05-40115

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 143 | | 6/17/08 | ✓ | ✓ | Memo from Harrington to officers 11/18/01 |
| 144 | | " | ✓ | ✓ | 4/9/03 minutes of Board |
| 145 | | " | ✓ | ✓ | 3/13/03 " " " |
| 146 | | " | ✓ | ✓ | Report of Contact by the U.S. Dept. of Labor |

Page __5__ of _____ Pages