Entered
6/18/08
@ 3:32pm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
ROBERT N. HARRINGTON, JR., | )
| )
Plaintiff, | )
| )
v. | )   Civil Action No.
| )   05-40115-FDS
JAMES M. KREIDLER JR., and the | )
TOWN OF WINCHENDON, | )
| )
Defendants. | )

## JURY VERDICT FORM

### Questions as to Liability

*Note:* As to questions 1, 2, and 3 mark an "X" in the appropriate place:

**COUNT ONE (MILITARY DISCRIMINATION CLAIM):**

1. On the claim of Robert Harrington, Jr., against James Kreidler, Jr., for military discrimination, we find in favor of:

__X__ Robert Harrington, Jr.                              _____ James Kreidler, Jr.

2. On the claim of Robert Harrington, Jr., against the Town of Winchendon for military discrimination, we find in favor of:

__X__ Robert Harrington, Jr.                              _____ Town of Winchendon

**COUNT THREE (CIVIL RIGHTS CLAIM):**

3. On the claim of Robert Harrington, Jr., against James Kreidler, Jr., for deprivation of his civil rights, we find in favor of:

__X__ Robert Harrington, Jr.                              _____ James Kreidler, Jr.

*Note: If you answered all three questions in favor of the defendants, you do not need to answer any of the remaining questions. Have your foreperson sign and date this form, because you have completed your deliberations. Otherwise, proceed to the next set of questions.*

### Questions as to Damages

*Note: Answer questions 4 and 5 only if you found in favor of Robert Harrington, Jr., on questions 1 or 2. Answer questions 6 and 7 only if you found in favor of Robert Harrington, Jr., on question 3.*

**COUNT ONE (MILITARY DISCRIMINATION CLAIM):**

4. On Count One, we award *actual* damages to Robert Harrington, Jr., in the following amount:

    $ __170,000__ (*stating the amount or, if none, write the word "none"*).

5. On Count One, we award *double* damages to Robert Harrington, Jr., for a willful violation:

    _____ Yes          __X__ No

**COUNT THREE (CIVIL RIGHTS CLAIM):**

6. On Count Three, we award *actual* damages to Robert Harrington, Jr., in the following amounts:

    $ __69,695__ in lost wages and benefits (*stating the amount or, if none, write the word "none"*).

    $ __70,000__ in other actual damages (*stating the amount or, if none, write the word "none"*).

7. On Count Three, we award *punitive* damages to Robert Harrington, Jr., in the following amount:

    $ __290,000__ (*stating the amount or, if none, write the word "none"*).

**Your deliberations are complete. Please sign and date this form, and notify the court officer.**

_____          __6/18/08__
Foreperson                                             Date

2

① Is there a punitive amount on the lawsuit?

② We're having difficulty in regards to the monetary aspect. Can you give us some guidance?

Seat #5

1/18/08
2:07 pm

B

