UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT N. HARRINGTON, Jr., | ) | Civil Action |
|  | ) | No. 05-40115-FDS |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **NOTICE OF APPEARANCE** |
| JAMES M. KREIDLER, Jr., | ) |  |
| and TOWN OF WINCENDON, | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance in the above-reference matter on behalf of Defendant, James M. Kreidler, Jr.

> Defendant, James M. Kreidler, Jr.,
> By his Attorneys,
>
> /s/ Valerie A. McCormack
> Douglas I. Louison, Esq. (BBO 545191)
> Valerie A. McCormack, Esq. (BBO 661460)
> Louison, Costello, Condon & Pfaff, LLP
> 67 Batterymarch Street
> Boston, MA 02110
> (617) 439-0305

**CERTIFICATE OF SERVICE**

I, Valerie A. McCormack, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: July 17, 2008

> /s/ Valerie A. McCormack
> Valerie A. McCormack