# BRODY, HARDOON, PERKINS & KESTEN, LLP
Attorneys at Law

One Exeter Plaza
Boston, Massachusetts 02116

Telephone: 617-880-7100
Facsimile: 617-880-7171

August 19, 2008

United States District Court
Attn: Martin Castles
595 Main Street
Worcester, MA 01608

      RE:    Robert N. Harrington, Jr.
      VS:    James M. Kriedler, Jr. and the Town of Winchendon
            Civil Action No.:  05-40115 FDS

Dear Mr. Castles:

Please allow this to serve to confirm that the Court has agreed to extend the filing deadlines as follows:

1. The filing deadline for motions that were due on August 18, 2008 has been extended to August 22, 2008; and
2. The filing deadline for responses that were due on September 15, 2008 has been extended to September 19, 2008.

Thank you for your courtesy in this matter.

                                    Sincerely,

                                    /s/ Kristin Tyler Harris

                                  Samuel Perkins
                                  Kristin Tyler Harris

SP/KTH
CC:    L. Richard LeClair, III, Esq.
           Douglas Louison, Esq.
           Valerie McCormack, Esq.