UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. HARRINGTON, JR.<br>Plaintiff<br><br>v.<br><br>JAMES M. KREIDLER, JR. and<br>THE TOWN OF WINCHENDON<br>Defendants | CASE NO.: 05-40115 FDS |

**AFFIDAVIT OF L. RICHARD LECLAIR, III IN SUPPORT OF
PLAINTIFF'S MOTION FOR ASSESMENT OF ATTORNEY'S
FEES AND COSTS**

I, L. Richard LeClair, III, hereby depose and state as follows:

1. My name is L. Richard LeClair, III.

2. I represent the Plaintiff, Robert N. Harrington, Jr., and have represented him throughout this case.

3. I was admitted to practice law in the Commonwealth of Massachusetts on December 15, 1992 and to the United States District Court for District of Massachusetts on September 24, 1993. I am also admitted to the United States District Court for the District of Connecticut.

4. Since being admitted to the bar, I estimate that 50% of my practice has been dedicated to litigation matters. I have tried case cases in all of the Trial Courts of the Commonwealth of Massachusetts (District Court, Land Court, Probate Court, and Superior Court.) I have been lead counsel in a number matters in the United States District Court for the District of Massachusetts and have appeared in the United States District Court for District of

California and the District of Connecticut. I have appeared in the state courts for the State of California and the State of Rhode Island.

5. In addition to my trial practice, I have argued a number of cases before the Massachusetts Appeals Court.

6. My current hourly rate for litigation matters of the nature of this case is $250.00 per hour.

7. Based upon my experience, I believe that an hourly rate of $250.00 for the work I performed in this case is fair and reasonable and is in line with rates charged by lawyers with similar skills and experience.

8. Attached hereto as Exhibit "A" is a breakdown of the work I performed on behalf of the Plaintiff in this action.

9. I believe that the hours I spent in this case were reasonable in light of complex legal and factual issues.

10. In connection with this case, I personally reviewed, organized and cataloged approximately 5,000 pages of documents.

11. In connection with this case, I reviewed and studied, on more than one occasion, over 2,500 pages of transcripts from related administrative hearings.

12. I attended seven days of deposition and conducted depositions of five individuals.

13. In addition to conducting depositions, I conducted extensive informal discovery in this case, including document review, interviewing potential witnesses and reviewing newspaper articles and court records.

14. I performed at least 354.80 hours in preparing this case and in representing Robert N. Harrington, Jr. The fair and reasonable value of my time in this case is $88,700.00.

15. My secretary/paralegal spent 19.30 hours in preparing this case. My secretary/paralegal has over fifteen (15) years experience and her usual rate of $75.00 is fair and reasonable. The fair and reasonable value of my secretary's time in this case is $1,447.50

16. As set forth in the breakdown attached hereto, I incurred $9,673.40 in costs in litigating this matter.

17. The fair and reasonable value of the time and expenses incurred by me and my assistant in prosecuting this action is $99,820.90.

18. I anticipate spending another forty (40) hours prosecuting my client's equitable remedies and responding to the Defendants' post-trial motions. I anticipate incurring another $10,000.00 in performing this work.

Signed under the pains and penalties of perjury this 22nd day of August, 2008.

_____
L. Richard LeClair, III, Esq.
BBO #561650
LeClair & LeClair, P.C.
135 Beaver Street
Waltham, MA 02452
(781) 893-5655

LeClair & LeClair, P.C.
707 Main Street
Waltham, MA 02451

Date:    8/21/2008

Robert Harrington
200 Hall Road
Winchendon, MA 01475

Regarding:   Harrington, Robert v. Town of Winchen
Invoice No:  00067

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 6/10/2005 | LRL | Review file; legal research on various causes of action. | 3.50 | $250.00 | $875.00 |
| 6/12/2005 | LRL | Legal research on various causes of action and governmental immunity. | 4.50 | $250.00 | $1,125.00 |
| 7/11/2005 | LRL | Review file; legal research on civil rights claims; begin drafting complaint. | 1.50 | $250.00 | $375.00 |
| 7/12/2005 | LRL | Draft complaint and civil action cover sheet. | 3.80 | $250.00 | $950.00 |
| 7/14/2005 | LRL | Telephone conference with Mike Akerson. | 0.70 | $250.00 | $175.00 |
| 10/26/2005 | LRL | Review defendants' motion for extension. | 0.20 | $250.00 | $50.00 |
| 10/31/2005 | LRL | Draft letter to Civil Clerk enclosing returns of service. | 0.40 | $250.00 | $100.00 |
| 11/23/2005 | LRL | Review defendants' answer to plaintiff's complaint. | 0.20 | $250.00 | $50.00 |
| 1/09/2006 | LRL | Draft, file and serve Joint Statement of Counsel in Regards to Scheduling and Rule 16.1(D)(3) Certification. | 1.70 | $250.00 | $425.00 |
| 1/10/2006 | LRL | Travel and appearance at the United States District Court in Worcester for status conference and update file. | 2.50 | $250.00 | $625.00 |
| 2/17/2006 | LRL | Draft file and serve Plaintiff's Automatic Disclosure | 1.50 | $250.00 | $375.00 |

Pursuant to Rule 26.

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/18/2006 | LRL | Review Defendants' Rule 26 disclosures and documents. | 2.00 | $250.00 | $500.00 |
| 3/17/2006 | LRL | Review file; draft file and serve plaintiff's first set of interrogatories and first set of document requests to Town of Winchendon and James Kreidler. | 4.20 | $250.00 | $1,050.00 |
| 6/30/2006 | LRL | Meeting in office with Robert Harrington and Mike Akerson. | 1.00 | $250.00 | $250.00 |
| 7/06/2006 | LRL | Review settlement proposal from Mike Akerson to Marc Terry. | 0.20 | $250.00 | $50.00 |
| 9/11/2006 | LRL | Review Defendants' responses to plaintiff's document requests. | 0.20 | $250.00 | $50.00 |
| 11/01/2006 | LRL | Review Defendants' answers to interrogatories. | 0.50 | $250.00 | $125.00 |
| 11/12/2006 | LRL | Draft email to Pam Fitzgerald. | 0.10 | $250.00 | $25.00 |
| 12/19/2006 | LRL | Review email from client. | 0.10 | $250.00 | $25.00 |
| 1/15/2007 | LRL | Meeting in office to review case and prepare discovery responses. | 4.00 | $250.00 | $1,000.00 |
| 1/15/2007 | LS | Photocopy various documents and prepare binders. | 1.00 | $75.00 | $75.00 |
| 1/23/2007 | LRL | Meeting in office to discuss case. | 1.50 | $250.00 | $375.00 |
| 2/07/2007 | LRL | Review file; answer interrogatories. | 8.00 | $250.00 | $2,000.00 |
| 2/15/2007 | LRL | Review deposition notices filed by the defendants. | 0.30 | $250.00 | $75.00 |
| 2/28/2007 | LRL | Review letter from Pamela Fitzgerald and documents produced by Heywood Hospital. | 0.20 | $250.00 | $50.00 |
| 3/01/2007 | LRL | Review court notices. | 0.20 | $250.00 | $50.00 |
| 3/12/2007 | LRL | Telephone conference with Occupation consultant. | 0.20 | $250.00 | $50.00 |
| 3/16/2007 | LRL | Review letter from Defense counsel and documents produced by Boundaries Therapy Center. | 0.20 | $250.00 | $50.00 |

LeClair & LeClair, P.C.

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2007 | LRL | Review letter from Pam Fitzgerald. | 0.10 | $250.00 | $25.00 |
| 6/15/2007 | LRL | Draft file and serve deposition notice on James Kreidler and Deposition Notices and subpoenas on Corey Bohan; Burton Gould; Germaine Brooks; Keith Barrows and Richard McAllister. | 2.00 | $250.00 | $500.00 |
| 6/26/2007 | LRL | Review letter from Tom Campbell. | 0.10 | $250.00 | $25.00 |
| 7/02/2007 | LRL | Respond to email to Pam Fitzgerald. | 0.10 | $250.00 | $25.00 |
| 7/03/2007 | LRL | Respond to email from Pam Fitzgerald regarding scheduling deposition. | 0.10 | $250.00 | $25.00 |
| 7/12/2007 | LRL | Review and respond to email from Pam Fitzgerald. | 0.10 | $250.00 | $25.00 |
| 7/26/2007 | LRL | Review of Civil Service Commission decision. | 0.50 | $250.00 | $125.00 |
| 7/26/2007 | LRL | Meeting with Pam Fitzgerald in office to review documents. | 0.80 | $250.00 | $200.00 |
| 8/01/2007 | LRL | Draft letter to Tom Campbell regarding deposition dates. | 0.20 | $250.00 | $50.00 |
| 8/07/2007 | LRL | Travel and appearance at deposition of Germaine Brooks and Richard McAllister. | 5.50 | $250.00 | $1,375.00 |
| 8/13/2007 | LRL | Meeting in office with client. | 1.00 | $250.00 | $250.00 |
| 8/13/2007 | LRL | Review letter from Tom Campbell. | 0.10 | $250.00 | $25.00 |
| 8/14/2007 | LRL | Review documents to be produced to the defendants. | 3.50 | $250.00 | $875.00 |
| 8/15/2007 | LRL | Review documents to be produced to the Defendants. | 4.00 | $250.00 | $1,000.00 |
| 8/16/2007 | LS | Review of documents to be produced; Bates stamp all documents; correspondence to Plaintiff's counsel with documents. | 4.00 | $75.00 | $300.00 |
| 8/17/2007 | LS | Review of documents to be produced; Bates stamp all documents; correspondence to Plaintiff's counsel with documents. | 4.30 | $75.00 | $322.50 |
| 8/22/2007 | LRL | Travel and appearance at deposition of Selectmen Barrows and Gould. | 5.50 | $250.00 | $1,375.00 |

LeClair & LeClair, P.C.

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/2007 | LRL | Travel and appearance at deposition of Robert Harrington in Winchendon. | 6.50 | $250.00 | $1,625.00 |
| 8/27/2007 | LRL | Travel and appearance at deposition of R. Harrington. | 7.00 | $250.00 | $1,750.00 |
| 8/30/2007 | LRL | Review letter from Tom Campbell. | 0.10 | $250.00 | $25.00 |
| 9/10/2007 | LRL | Review errata sheets for Germaine Brooks. | 0.10 | $250.00 | $25.00 |
| 9/21/2007 | LRL | Review letter from Tom Campbell and supplemental discovery. | 0.20 | $250.00 | $50.00 |
| 9/27/2007 | LRL | Travel and appearance at deposition of James Kreidler in Winchendon. | 7.50 | $250.00 | $1,875.00 |
| 10/26/2007 | LRL | Travel and appearance at Federal Court in Worcester. | 2.30 | $250.00 | $575.00 |
| 11/16/2007 | LRL | Review letter from Tom Campbell regarding scheduling depositions. | 0.10 | $250.00 | $25.00 |
| 11/16/2007 | LRL | Travel and appearance in Worcester for status conference. | 2.70 | $250.00 | $675.00 |
| 11/19/2007 | LRL | Review of letter from Tom Campbell. | 0.10 | $250.00 | $25.00 |
| 12/05/2007 | LRL | Review letter from Tom Campbell regarding scheduling depositions. | 0.10 | $250.00 | $25.00 |
| 1/08/2008 | LRL | Draft letter to Tom Campbell regarding deposition dates. | 0.20 | $250.00 | $50.00 |
| 1/15/2008 | LRL | Travel and appearance at deposition of Robert Harrington at the Winchendon Town Hall. | 8.00 | $250.00 | $2,000.00 |
| 1/16/2008 | LRL | Travel and appearance at deposition of Robert Harrington. | 9.50 | $250.00 | $2,375.00 |
| 2/14/2008 | LRL | Travel and appearance at deposition of Jim Kreidler in Winchendon. | 6.00 | $250.00 | $1,500.00 |
| 2/19/2008 | LRL | Draft emails back and forth with Tom Campbell. | 0.20 | $250.00 | $50.00 |
| 2/20/2008 | LRL | Draft motion to extend deadline to file pre-trial memorandum; telephone conference with Tom Campbell. | 0.80 | $250.00 | $200.00 |

LeClair & LeClair, P.C.

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/21/2008 | LRL | File motion to extend filing date. | 0.30 | $250.00 | $75.00 |
| 2/23/2008 | LRL | Review documents and prepare witness list. | 3.50 | $250.00 | $875.00 |
| 2/24/2008 | LRL | Review document in preparation of pre-trial memorandum. | 7.00 | $250.00 | $1,750.00 |
| 2/25/2008 | LS | Review and compile Exhibits | 7.00 | $75.00 | $525.00 |
| 2/26/2008 | LRL | Draft Joint Pre-Trial Memorandum. | 3.50 | $250.00 | $875.00 |
| 2/26/2008 | LS | Draft list of Exhibits | 3.00 | $75.00 | $225.00 |
| 2/28/2008 | LRL | Travel and appearance at final pretrial conference. | 3.00 | $250.00 | $750.00 |
| 5/02/2008 | LRL | Travel and appearance at status conference. | 3.00 | $250.00 | $750.00 |
| 5/20/2008 | LRL | Meeting with client in office. | 5.00 | $250.00 | $1,250.00 |
| 5/21/2008 | LRL | Review folder and prepare for trial. | 6.50 | $250.00 | $1,625.00 |
| 5/22/2008 | LRL | Telephone conferences with client; telephone conference with Sam Perkins; review documents in preparation of trial. | 7.30 | $250.00 | $1,825.00 |
| 5/23/2008 | LRL | Meeting with client. | 0.70 | $250.00 | $175.00 |
| 5/23/2008 | LRL | Review exhibits to prepare for trial; legal research. | 6.50 | $250.00 | $1,625.00 |
| 5/24/2008 | LRL | Trial preparation. | 6.00 | $250.00 | $1,500.00 |
| 5/25/2008 | LRL | Trial preparation. | 4.50 | $250.00 | $1,125.00 |
| 5/26/2008 | LRL | Legal research and trial preparation. | 3.00 | $250.00 | $750.00 |
| 5/27/2008 | LRL | Trial preparation. | 12.00 | $250.00 | $3,000.00 |
| 5/28/2008 | LRL | Trial preparation. | 11.00 | $250.00 | $2,750.00 |
| 5/29/2008 | LRL | Review letter from Mike Akerson to Sam Perkins. | 0.30 | $250.00 | $75.00 |
| 5/30/2008 | LRL | Review exhibits and prepare time line. | 5.80 | $250.00 | $1,450.00 |

LeClair & LeClair, P.C.

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/31/2008 | LRL | Trial preparation. | 3.00 | $250.00 | $750.00 |
| 6/01/2008 | LRL | Trial preparation. | 6.00 | $250.00 | $1,500.00 |
| 6/02/2008 | LRL | Trial preparation. | 6.00 | $250.00 | $1,500.00 |
| 6/04/2008 | LRL | Trial preparation; | 7.00 | $250.00 | $1,750.00 |
| 6/04/2008 | LRL | Travel and appearance at the final pre-trial conference. | 3.00 | $250.00 | $750.00 |
| 6/05/2008 | LRL | Trial preparation. | 15.00 | $250.00 | $3,750.00 |
| 6/06/2008 | LRL | Trial preparation. | 10.00 | $250.00 | $2,500.00 |
| 6/07/2008 | LRL | Trial preparation. | 8.00 | $250.00 | $2,000.00 |
| 6/08/2008 | LRL | Prepare for Trial. | 4.00 | $250.00 | $1,000.00 |
| 6/09/2008 | LRL | Travel and appearance at trial; prepare for next day. | 10.00 | $250.00 | $2,500.00 |
| 6/10/2008 | LRL | Travel and appearance at trial; prepare for next day. | 10.00 | $250.00 | $2,500.00 |
| 6/11/2008 | LRL | Travel and appearance at trial; prepare for next day. | 9.00 | $250.00 | $2,250.00 |
| 6/12/2008 | LRL | Travel and appearance at trial; prepare for next day. | 9.50 | $250.00 | $2,375.00 |
| 6/13/2008 | LRL | Travel and appearance at trial Worcester. | 7.00 | $250.00 | $1,750.00 |
| 6/15/2008 | LRL | Prepare for trial. | 5.00 | $250.00 | $1,250.00 |
| 6/16/2008 | LRL | Travel and appearance at trial in Worcester; legal research on First Amendment issues and jury instructions. | 12.00 | $250.00 | $3,000.00 |
| 6/17/2008 | LRL | Travel and appearance at trial; preparation for trial. | 11.00 | $250.00 | $2,750.00 |
| 6/18/2008 | LRL | Travel and appearance at trial. | 9.00 | $250.00 | $2,250.00 |
| 7/21/2008 | LRL | Travel and appearance at status conference. | 3.00 | $250.00 | $750.00 |

Total Fees    $90,147.50

LeClair & LeClair, P.C.

## *Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 7/12/2005 | Filing Fee-United States District Court. | 1.00 | $250.00 |
| 10/31/2005 | Joseph Bryson-Service of Process on Defendants. | 1.00 | $80.00 |
| 2/16/2006 | Copying charges-Merrill Communications. | 1.00 | $330.75 |
| 6/15/2007 | Excel Courier-Delivery of documents to Attorney Campbell. | 1.00 | $27.50 |
| 7/10/2007 | Joseph Bryson-Service of Subpoenas. | 1.00 | $585.00 |
| 8/16/2007 | Photocopying documents produced to Plaintiff (1,316 originals) | 1.00 | $69.30 |
| 8/16/2007 | Excel Courier-Delivery of documents to Attorney Campbell. | 1.00 | $39.50 |
| 8/17/2007 | Excel Courier-Delivery of documents to Attorney Campbell. | 1.00 | $37.50 |
| 8/17/2007 | Copying of documents produced to the Defendants. | 3,163.00 | $158.15 |
| 8/22/2007 | Court Reporter for deposition of Keith Barrows. | 1.00 | $125.00 |
| 8/24/2007 | Court Reporter for depositions of Germain Brooks and Richard McAllister. | 1.00 | $250.00 |
| 8/27/2007 | Court Reporter for deposition of Burton Gould. | 1.00 | $125.00 |
| 9/02/2007 | Court Reporter for deposition of Robert Harrington. | 1.00 | $583.80 |
| 9/05/2007 | Court Reporter for deposition of Robert Harrington. | 1.00 | $621.46 |
| 10/18/2007 | Court Reporter for deposition of James M. Kreidler, Jr. | 1.00 | $552.00 |
| 1/28/2008 | Court Reporter for deposition of Robert Harrington. | 1.00 | $533.10 |
| 2/01/2008 | Court Reporter for deposition of Robert Harrington. | 1.00 | $858.10 |
| 2/13/2008 | Court Reporter for deposition of Rob Harrington. | 1.00 | $1,391.20 |
| 2/23/2008 | Court Reporter for depositions of Barrows, Kreidler and Gould. | 1.00 | $802.00 |
| 2/27/2008 | Court Reporter for deposition of James Kreidler, Jr. -- February 14, 2008 | 1.00 | $333.00 |

LeClair & LeClair, P.C.

| Date | Description | Qty | Amount |
|---|---|---|---|
| 6/05/2008 | Dividers for Exhibits. | 1.00 | $38.00 |
| 6/06/2008 | Joseph Bryson-Service of Subpoenas. | 1.00 | $315.00 |
| 6/06/2008 | Witness Fees/Mileage Reimbursement for Trial Subpoenas | 1.00 | $956.00 |
| 6/09/2008 | Joseph Bryson-Service of Trial to J. Loughlin. | 1.00 | $50.00 |
| 6/10/2008 | Joseph Bryson-Service of Trial Subpoena to K. Luddington. | 1.00 | $50.00 |
| 6/10/2008 | Joseph Bryson-Service of Trial Subpoena to J. Kreidler. | 1.00 | $60.00 |
| 6/12/2008 | Joseph Bryson-Service of Trial Subpoena to C. Bohan. | 1.00 | $60.00 |
| 6/13/2008 | Court Reporter for day 2 of trial. | 1.00 | $392.04 |

|  |  |
|---|---|
| Total Expenses | $9,673.40 |
| Total New Charges | $99,820.90 |
| Previous Balance | $0.00 |
| Balance Due | $99,820.90 |

### Staff Summary

| Name | Hours | Rate |
|---|---|---|
| L. Richard LeClair III | 354.80 | $250.00 |
| Linda Slowe | 19.30 | $75.00 |

Thank you for using LeClair & LeClair, P.C. for your legal needs.